```
                  IN THE UNITED STATES DISTRICT COURT

                       FOR THE DISTRICT OF OREGON

MARGARET D. DeBERRY,                      Civ. No. 07-3028-HO

          Plaintiff,                      JUDGMENT

     v.

Commissioner of Social Security,

          Defendant.


     The decision of the Commissioner is affirmed.

     DATED this   5th    day of August, 2008.


                                           s/ Michael R. Hogan
                                        United States District Judge
```